UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
James Brown et al.,

                              Plaintiffs,        **ORDER**
                                                             10-cv-4100 (TLM)

     -against-

Peter Paterno

                              Defendant
----------------------------------------------------------------X

       All proceedings in this case having been stayed by the Bankruptcy Court, it is

       **ORDERED** that the Clerk of Court administratively terminate this action without prejudice to the right of the parties to file a joint motion to reopen the case within fifteen (15) days after the decision of the Bankruptcy Court or dismissal of the bankruptcy proceeding, or request such other relief consistent with the Court's instructions given at the September 7, 2010 status conference. [See Rec. Doc. 128].

       This order shall not be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate such motion as if this order had not been entered.

       **SO ORDERED**.

                                                             Tucker L. Melançon
                                                              United States District Judge

September 8, 2010
Brooklyn, NY